# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **TOMMY MURRAY, et al.,** | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| **vs.** | ) |
| | )   **Case No.: 2:13-cv-822-KOB** |
| **BIRMINGHAM BOARD OF** | ) |
| **EDUCATION, et al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## DEFENDANT'S EVIDENTIARY SUBMISSION IN SUPPORT OF DEFENDANT BIRMINGHAM BOARD OF EDUCATION'S MOTION FOR SUMMARY JUDGMENT

## VOLUME I

1. Affidavit of Craig Witherspoon

2. Affidavit of Michelle Sailes

3. Affidavit of Arthur Watts

4. Appendix A.

5. Appendix B.

6. Appendix C.

7. Appendix D.

8. Appendix E.

9. Appendix F.

10. Appendix G.

11. Appendix H.

12. Appendix I.

13. Appendix J.

14. Appendix K.

15. Appendix L.

16. Appendix M.

17. Appendix N.

18. Appendix O.

19. Appendix P.

20. Appendix Q.

21. Appendix R.

22. Appendix S.

23. Appendix T.

24. Appendix U.

25. Appendix V.

26. Appendix W.

27. Appendix X.

28. Appendix Y.

29. Appendix Z.

30. Appendix AA.

31. Appendix BB.

32. Appendix CC.

33. Timesheets of Anita Clark.

34. Timesheets of Michelle Dunner.

35. Timesheets of Juanita Freeman.

36. Timesheets of Tammra Harris.

37. Timesheets of Tommy Lee Murray.

38. Timesheets of Teresa Phillips.

39. Timesheets of Andrea Mixon Scott.

40. Timesheets of Andrea Scott.

41. Timesheets of Rhonda Fay Smith.

42. Timesheets of Julia Williams.

43. Timesheets of Rhonda F. Yancey.

*s/ Teresa B. Petelos*
Teresa B. Petelos (ASB-8716-L66T)
tpetelos@boardmancarr.com

*/s/ Mark S. Boardman*
Mark S. Boardman (ASB-8572-B65M)
mboardman@boardmancarr.com

**OF COUNSEL**:
Boardman, Carr, Bennett, Watkins, Hill & Gamble, P.C.
400 Boardman Drive
Chelsea, Alabama 35043-8211
Telephone: (205) 678-8000
Facsimile:  (205) 678-0000

## CERTIFICATE OF SERVICE

I do hereby certify that I have on **May 5, 2014** electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all Counsel of record, and I have mailed the same to non-CM/ECF participants via United States Mail properly addressed and first class postage prepaid, to wit:

Jerome Tucker, Esq.
2015 First Avenue North
Third Floor
Birmingham, Alabama 35203

*s/ Mark S. Boardman*
Of Counsel