# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TOMMY MURRAY, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No.: 2:13-cv-822-KOB |
| BIRMINGHAM BOARD OF EDUCATION, et al., | ) |
| Defendants. | ) |

## AFFIDAVIT OF ARTHUR WATTS, JR.

STATE OF ALABAMA )
                 )
JEFFERSON COUNTY )

COMES NOW the affiant, **ARTHUR WATTS, JR.**, having been duly sworn and deposes and says the following:

1. My name is Arthur Watts. I currently serve as Chief Financial Officer for the Birmingham City Schools. I have held that position for 11 years.

2. Our policy at the Birmingham City Schools is and has been to always pay overtime in compliance with the Fair Labor Standards Act. Prior to the filing of this suit, I was not made aware of any instances by any plaintiff of alleged overtime worked but not paid for, and I know of no such instances of such overtime occurring.

We have worked consistently and diligently throughout the years to ensure that we are in compliance with the FLSA. I have attached 4 documents that have been sent to personnel, specifically principals, coordinators, directors, and supervisors that confirm our efforts.

  3. In order to maintain a precise record of employees time worked, we implemented the Employee Attendance Management System ("EAMS") which was installed in pilot schools in July 2004 and approved for all schools in July 2006. This system involves a hand scanner, and each employee scans when they arrive in the mornings, in and out at their break, and at the end of the day. The report shows regular hours, sick leave, vacation, holiday pay, straight time, and overtime. Straight time is any hours the employee works over their scheduled hours, but under 40 hours per week, as many employees are only scheduled for 30 to 37.5 hours per week. These scans generate a time card report for each employee on a monthly basis. This time card report is presented to each employee for their signature indicating that they agree with the report and that it accurately reflects the time worked and that they have not been requested to falsify the time sheet. This document is also signed by the supervisor of each employee. These are returned to payroll, where the employees' checks are prepared. There is also an archived time card maintained for each employee for each monthly pay period.

4. Attachment 1 to this Affidavit is a memorandum dated January 16, 2008 dealing specifically with the EAMS time management system that we use, and that if a non-exempt employee actually works a specific number of hours, we are obligated to pay him or her for the time he or she provided the service. Adjustments of the employee's time were addressed specifically in this memorandum.

5. Attachment 2 to this Affidavit is a memorandum dated March 6, 2008 sent to principals, directors, supervisors and coordinators. This memo was sent from Mrs. Barbara Allen, acting Superintendent. This memorandum emphasized that employees are not to clock out and remain working and that non-exempt employees were not to take work home. This memo also advised that any ovetime should be pre-approved by the superintendent.

6. Attachment 3 to this Affidavit is a memorandum sent by me on August 17, 2011 dealing specifically with two issues. One was that all custodians must take an uninterrupted lunch break on a daily basis. The second issue was that any retired teachers who were serving as tutors working on an hourly basis should also be taking an uninterrupted lunch break.

7. Attachment 4 to this affidavit is a memorandum sent to all principals, directors and supervisors by me on September 11, 2013 emphasizing again that we must comply with the FLSA, that lunch breaks should be taken by custodians and

3

substitute teachers, and a reminder that these persons in managerial positions should ensure that the work schedules were maintained, and that employees should work only those hours which are on their set schedule.

8.   Our policy manual, on Page 4065 (also attached), states that in compliance with the Fair Labor Standards Act, the Board will pay required minimum hourly wages and overtime to all employees who were not exempt employees under the FLSA. It further states that all non-exempt employees who work more than 40 hours in a workweek will be paid overtime.

9.   The policy of the Birmingham Board of Education is and has been at all times during my tenure as Chief Financial Officer of the Board, to pay overtime in compliance with the Fair Labor Standards Act. Prior to the filing of the present suit, I was not made aware of any instances by any plaintiff of alleged overtime worked but not paid for, and I know of no such instances of such overtime occurring.

The foregoing affidavit is based upon my personal knowledge and is an accurate statement of the facts known to me. I am over nineteen years of age and not otherwise disqualified from giving testimony under oath.

This the 5 day of May, 2014.

_____
ARTHUR WATTS

STATE OF ALABAMA )
                 )
JEFFERSON COUNTY )

    I, the undersigned, a Notary Public in and for said County in said State, hereby certify that **ARTHUR WATTS**, whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this day that, being informed of the contents of the instrument, executed the same voluntarily on the day the same bears date.

    Given under my hand this 5th day of May, 2014.

_____
Notary Public

SEAL

My commission expires: 8-13-14

5

Attachment 1



# BIRMINGHAM
## CITY·SCHOOLS

Arthur Watts
Chief Financial Officer

# Memorandum

**To:**     Principals, Coordinators, Directors, and Supervisors
**From:**   Arthur Watts, Jr., Chief Financial Officer
**Date:**   January 16, 2008
**Re:**     Changing Time

---

We are noticing that some Principals/Supervisors may be adjusting employees' time in the EAMS (time management system) after they have worked beyond their scheduled work hours. **This practice is to cease immediately.** If a non-exempt employee actually works a specific number of hours, we are obligated to pay him/her for the time he/she provided the service. *This holds true whether overtime has been approved or not.* Again, *under no circumstances* should a Principal/Supervisor adjust the time an employee *has already* worked in the EAMS (time management system). You may make minor adjustments to the employee's work schedule.

While we appreciate Principals and Supervisors monitoring the work schedules of non-exempt employees, the Fair Labor Standards Act requires that we pay an employee for actual time served. I would strongly suggest that you monitor the electronic timesheets daily of all non-exempt employees to ensure that they do not work more than their scheduled hours during a workweek (Please note that our work-week begins on Saturday and ends on Friday). You may want to make minor adjustments to the employee's work schedule (Do not change schedules in EAMS.) if necessary; **however**, every attempt should be made to communicate with the employee in advance that overtime would not be granted (e.g., If you need an employee to work an additional 2 hours on a given day, you may want to adjust his work schedule so that he may leave 2 hours prior on a subsequent day).

**Your conscientious efforts to minimize our overtime expenditures are greatly appreciated!**

Cc: Assistant Superintendents
    **Barbara Allen, Chief of Staff**
    **Samuetta Drew, Chief of Schools**
    **Jeffery McDaniels, Executive Director of Human Resources**

Attachment 1-A

July 1, 2004
Pilot Agreement
FOR:  Birmingham City Schools
BY:   Gorrie-Regan & Associates, Inc.




## SCOPE -
Gorrie-Regan proposes to furnish and install the Attendance Enterprise time and attendance system beginning with an initial pilot to be performed at the following locations: Maintenance Service Center, Central Office and Huffman High School and Transportation Facility. The "Pilot" installation is scheduled to begin on 7/1/04 with product evaluation to take place for three pay periods or until Pilot Evaluation criteria below are completed. Once the Evaluation is successful a scheduled "rollout" of the remaining seventy three facilities will begin.

## PREPARATION -
Pre-installation discussions between the "project coordinators" representing BCS and Gorrie-Regan will begin immediately upon execution of this document. Necessary information regarding required infrastructure, District policy, and project event dates will be established and defined by no later than 8/1/04. All necessary products will be ordered and scheduled for delivery by 8/6/04.

## PILOT EVALUATION CRITERIA -
The pilot evaluation will be based upon the RFP; to include the following milestones:
1. EAMS system installation and configuration as defined in the time and attendance policies survey. Gorrie-Regan will assist BCS to complete policy survey
2. Employees successfully enrolled and using the Hand Punch for attendance at all test sites
3. Supervisors/time system users at all test sites are able to use software with adequate speed and accuracy.
4. Teachers and Substitutes utilizing Sub-Finder to manage time off and substitute hours worked.
5. All test site employees using the Sub-Finder to record leave time taken.
6. Interface of employee leave information from Sub-Finder to EAMS.
7. Interface of hours from EAMS into McAleer Payroll System
8. Successful processing of payroll based on hours received from EAMS.

## PROJECT DATES -
1. Begin installation of "Pilot" system at 4 sites 7/06/04.
2. Projected Pilot Installation Completion 8/13/04.
3. Weekly scheduled Progress reporting by "project coordinators" through entire implementation, to occur each Thursday at 9am throughout entire implementation.

## PAYMENT TERMS – (Gorrie-Regan)
Each project component will be invoiced upon delivery by Gorrie-Regan & Associates and must be approved by the EAMS Project Manager, Robert Morgan. Birmingham City Schools agrees to process each invoice for payment within five business days upon receipt and approval.

## RETURN POLICY -
In the unlikely event that this pilot is unsuccessful, the following return policies will be applied:
Gorrie-Regan & Associates labor and services are non refundable.

Signed /Wayman B. Shivy Jr./kmw              Signed _____
Birmingham City Schools                       Gorrie-Regan and Associates, Inc.
Date: July 13, 2004                           Date: 7·13·04

Attachment 2



**BIRMINGHAM**
CITY·SCHOOLS

Stan L. Mims, Ed.D
Superintendent

Barbara S. Allen, Chief of Staff
Arthur Watts, Chief Financial Officer
Dr. Claudia Williams, Chief Academic Officer
Ken Wasmund, Chief Operating Officer
Samuetta Drew, Chief of Schools

# OVERTIME PLAN

TO:      Principals, Directors, Supervisors, Coordinators

FROM:    Mrs. Barbara Allen, Acting Superintendent

DATE:    March 6, 2008

RE:      **Overtime Plan**

In an effort to manage overtime more effectively for eligible (non-exempt) employees, this overtime plan is effective immediately.

The Fair Labor Standards Act set basic wage and overtime pay standards. The district is required to pay a non-exempt employee time-and-a-half for work that exceeds 40 hours during a workweek. **Please Do Not Allow Non-Exempt Employees To Clock-Out And Remain Working And Do Not Allow Non-Exempt Employees To Take Work Home!!!**

Pursuant to the Fair Dismissal Act, a supervisor can change the shift of a support professional, and not effectuate a transfer that would invoke the use of due process rights that would result in an administrative hearing.

**All employees who serve in a supervisory capacity shall acknowledge and adhere to the following:**

1. Review worksite needs and align employee shifts in accordance to the school or departmental needs.

2. **OVERTIME MUST BE PRE-APPROVED BY THE SUPERINTENDENT.** If a situation arises where there is a need for overtime, the supervisor shall submit a request for overtime to his/her direct report. The overtime request shall be approved by all direct reports and finally by the Superintendent.

3. The request for overtime should include the following: (a.) name of employee(s) whom will be performing the services (b) date(s) for which overtime is requested (c) estimated number of hours to be worked (c) type of work to be performed (d) signature of all direct reports, including the Superintendent.



**BIRMINGHAM**
CITY·SCHOOLS

Stan L. Mims, Ed.D  
Superintendent

Barbara S. Allen, Chief of Staff  
Arthur Watts, Chief Financial Officer  
Dr. Claudia Williams, Chief Academic Officer  
Ken Wasmund, Chief Operating Officer  
Samuetta Drew, Chief of Schools

If a Principal or Department Head allows an employee to works overtime without allowing the employees to be paid, then he/she *Shall Be Held Personally Responsible*. Disciplinary actions will be accessed, immediately. Again, overtime must be pre-approved.

Please feel free to call me should you have any questions or require additional information.

Thank you for your cooperation.



Attachment 3

Arthur Watts
Chief Financial Officer

# Memorandum

**To:** All Principals, Assistant Superintendents, and Building Administrators

**From:** Arthur Watts, Chief Financial Officer

**Date:** August 17, 2011

**Re:** **Custodians & Retired Teachers/Subs**

---

The Payroll Department has brought **two (2)** very important issues to my attention. First, there are numerous Principals and Building Administrators that are allowing custodians **not** to clock out for lunch. As you are aware, **all custodians must take an uninterrupted lunch break on a daily basis**. When the custodian does not clock out for his/her lunch break, the district is paying for additional time that the employee should be off the clock. In most cases, an overtime situation occurs.

Lastly, many Principals employ retired teachers and substitutes to serve as tutors to assist their students. Some of these tutors/subs are working full days during an entire week. Since these retired teachers/subs are now working on an hourly basis and are not full-time Board employees, they should also be clocking out and back in during their lunch break (if lunch break is taken). In numerous cases we are seeing where these individuals are also accruing overtime.

As you are aware, the Fair Labor Standards Act requires Birmingham City Schools to pay overtime for all hourly employees (including retired teachers/subs) who work beyond 40 hours per week. Therefore, these employees should be clocking out during their uninterrupted lunch break and then clocking back in after lunch.

**Please meet with these employees and appropriately address these concerns, immediately.** You may call me at 231-4606 if you have any questions or require additional information.

Cc: Dr. Craig Witherspoon, Superintendent
   Mr. Solomon Stephens, Chief Human Resource Officer
   Ms. Samuetta Drew, Chief Operating Officer
   Dr. Martha Barber, Chief Academic Officer
   Mrs. Afrika Parchman, Legal Counsel
   Payroll Department



Attachment 4

Arthur Watts
Chief Financial Officer

# Memorandum

**To:**     All Principals, Directors, and Supervisors

**From:**   Arthur Watts, Chief Financial Officer

**Date:**   September 11, 2013

**Re:**     **Overtime and Straight-Time**

Please allow this memo to serve as a reminder that if a non-exempt employee works over forty (40) hours during the work week, overtime **MUST** be paid. Do not alter/change anyone's timesheet in an effort to decrease their time worked. This would be a serious violation of the Fair Labor Standards Act (FLSA) as well as the policies/procedures established by Birmingham City Schools (BCS). <u>**Also ensure that all custodians and other 40 hours a week employees take an uninterrupted lunch break on a daily basis**</u>. Please make certain that this is happening.

Additionally, many Principals employ retired teachers and substitutes to serve as tutors to assist their students and pay them an hourly rate. Some of these tutors/subs are working full days during the entire week. Since these retired teachers/subs are now working on an **hourly basis** and are not full-time Board employees, they should also be clocking out and back in during their lunch break (if lunch break is taken). In numerous cases we are seeing where these individuals are also accruing overtime. Again, make certain that part-time employees are clock-out for lunch as well.

Lastly, all Principals, Directors and Supervisors should ensure that all employees are adhering to their work schedule. Our district has several non-exempt employees whose work week should totals thirty-seven and a half (37.5) hours. However, we are finding where numerous employees are working an additional two and a half (2.5), causing the employee to work forty (40) hours during the work week. While this does not constitute an overtime situation, we are required to pay these employees straight time. This cost BCS hundreds of thousands of dollars each year. Again, ensure employees are adhering to their work schedules.

**Please meet with all non-exempt employees and appropriately address these issues, immediately.** You may call me at 231-4606 if you have any questions or require additional information.

Cc: Dr. Craig Witherspoon, Superintendent
    Mr. Jeff McDaniels, Human Resource Officer
    Colonel Ronnie Leonard, Operating Officer
    Dr. Becky Lee, Chief of Staff
    Mrs. Afrika Parchman, General Counsel

Attachment 5

# EMPLOYEE ATTENDANCE MANAGEMENT SYSTEM

All employees with the Birmingham Board of Education are required to utilize and comply with the regulations for the Board's Employee Attendance Management System.

The Employee Attendance Management System shall be notified by all employees who will not be present for his or her regularly scheduled workday.

At the time of the passage of this policy, the Birmingham Board of Education is in the process of phasing in a time management system into the Employee Attendance Management System. As the time management system is phased in to each location, each employee at that location will be required to use the time management system as directed. The time management portion of the Employee Attendance Management System will assist in assuring compliance with all the requirements of the Fair Labor Standard Act of 1938, as amended.

**BIRMINGHAM CITY SCHOOLS**                                    APPROVED:   7/7/06